UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. CARSON, JR., | : | |
| Plaintiff, | : | No. 1:17-cv-01263-YK |
| | : | |
| v. | : | |
| | : | CIVIL ACTION |
| DETECTIVE JESSICA M. AURAND, | : | |
| in her Individual Capacity, *et al.* | : | |
| Defendant. | : | JURY TRIAL DEMANDED |
| | : | |

## ORDER

AND NOW, this ___ day of _____, 2018, upon consideration of Defendant, Detective Jessica Aurand's Unopposed Motion for Leave of Court to File Documents Under Seal Pursuant to Fed.R.Civ.P. 5.2(d), and any response thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

Defendant, Detective Jessica Aurand, may file as exhibits to her anticipated Motion for Summary Judgment any Confidential Information under seal, and the Clerk is hereby **DIRECTED** to accept and maintain such filings under seal.

BY THE COURT:

_____
The Honorable Yvette Kane
United States District Court Judge