IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. CARSON, JR., | : | |
|     Plaintiff | : | No. 1:17-cv-01263 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JESSICA M. AURAND, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 20th day of June 2019, upon consideration of Defendant Jessica M. Aurand ("Defendant")'s motion for summary judgment (Doc. No. 30), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion (Doc. No. 30) is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff as to Count I of the amended complaint (Doc. No. 14);

3. The Clerk of Court is directed to **TERMINATE** Defendants John Does 1-10 from the caption of the above-captioned action; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                         s/ Yvette Kane
                                         Yvette Kane, District Judge
                                         United States District Court
                                         Middle District of Pennsylvania